UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br>MARC LAMARCA<br>Defendant | DATE: 6 October 2008<br>CASE NO. 5:07 cr 38<br>JUDGE LESLEY WELLS<br>COURT REPORTER: Heidi Geizer<br>**MINUTES OF PROCEEDINGS** |

Counsel for Plaintiff:  James Lynch

Counsel for Defendant: Michael Peterson and Thomas Escovar

TRIAL TO: ☐ COURT    X   JURY

___  OPENING STATEMENTS OF COUNSEL

**PLTF'S CASE**  **X**  BEGUN  ___ CONTINUED &  **X**  NOT CONCLUDED  ___ CONCLUDED

**DEFT'S CASE**  ___ BEGUN  ___ CONTINUED &  ___ NOT CONCLUDED  ___ CONCLUDED

 **X**  TESTIMONY TAKEN (See Witness List)

___  **FINAL ARGUMENTS**     ___  **CHARGE TO JURY**

**JURY DELIBERATIONS** ___ BEGUN  ___ CONTINUED &  ___ NOT CONCLUDED  ___ CONCLUDED

**ADJOURNED UNTIL**   Thursday, 7 October  2008    AT  9:00 A.M.

 **X**   EXHIBITS LOCATED IN  _____

___  EXHIBITS RETURNED TO COUNSEL

                                        /s/ Gillian Lindsay
                                        Law Clerk

Time: 12:00 PM - 4:35 PM